

## LAW OFFICES OF WILLIAM CAFARO

*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX
Email: *bcafaro@cafaroesq.com*

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: *akumar@cafaroesq.com*

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: *lleon@cafaroesq.com*

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

---

August 10, 2018

*Via ECF*
Hon. Sarah Netburn, U.S.M.J
United States District Court
Southern District of New York
40 Foley Square, Room 430
New York, New York 11201

        Re: *Joshi v. Flagship S B Amsterdam NY, LLC, et al*
           Case No. 17-cv-05785 (ALC) (SN)

Your Honor:

  This firm represents the Plaintiff in the above referenced action. The parties jointly write to request approval for the Settlement Agreement in the above Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") action. *See, Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). The fully executed Settlement and Release Agreement appended as Exhibit "1". On July 17, 2018, during a settlement conference, Your Honor made a judge's proposal which was accepted by the parties in this action. That proposal was reduced to writing, executed by the parties, and the parties are seeking approval of that proposal from the Court now. Also, during the settlement conference, the Court instructed the parties not to analyze the settlement agreement in the request for a fairness finding. Should the Court require this analysis, the Parties will supply it to the Court.

  We thank the Court for its courtesy in this regard.

                Respectfully Submitted,
                LAW OFFICES OF WILLIAM CAFARO

                _____
                By Amit Kumar, Esq. (AK 0822)

CC:
Defense counsel (via ECF)