UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 8/27/2018 ___

DHARM RAJ JOSHI,

                              **Plaintiff,**

                -against-

FLAGSHIP S B AMSTERDAM NY, LLC, et al.,

                           **Defendants.**

----------------------------------------------------------------X

**17-CV-5785 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on July 17, 2018, and agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on August 10, 2018. ECF No. 86. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      August 27, 2018
              New York, New York